DOLL, Respondent, v. FISCHER et al., Appellants. (Supreme Court, Appellate Term. December 13, 1898.) Action by Charles Doll, Jr., against Christina Fischer and others. J.

C. Julius Langbein, for appellants. Bernard J. Kelly, for respondent.

PER CURIAM. After a careful examination of the record and weighing of the evidence, we entertain such grave doubt as to the correctness of the judgment that we feel that the interests of justice will best be subserved by ordering a new trial. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.